IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CR-23-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DANNIE SIMON PARKER, JR., ) | |
| ) | |
| Defendant. ) | |

On October 3, 2018, Dannie Simon Parker, Jr. ("Parker" or "defendant") moved to dismiss the indictment [D.E. 18]. On that same date, the government responded in opposition [D.E. 19].

Defendant's motion lacks merit. See Johnson v. United States, 529 U.S. 694, 700 (2000); United States v. Woodrup, 86 F.3d 359, 362 (4th Cir. 1996); [D.E. 19]. Thus, the court DENIES defendant's motion to dismiss [D.E. 18].

SO ORDERED. This _15_ day of October 2018.

JAMES C. DEVER III
United States District Judge